IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMIAH CHILDERS**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #551367*

v.　　　　　　　　　CASE NO. 4:24-CV-00264-BSM

**DOES,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 11] is adopted. This action is dismissed without prejudice for failure to state a claim on which relief may be granted; it is recommended that this dismissal count as a "strike" for purposes of 28 United States Code section 1915(g); and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE